IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHARGE LION LLC, <br><br> Plaintiff, <br><br> v. <br><br> STMICROELECTRONICS N.V., <br> STMICROELECTRONICS, INC., <br> AND ST-ERICSSON INC., ET AL., <br><br> Defendants. | 6:12CV769 (LEAD) <br> CONSOLIDATED WITH <br> CIVIL ACTION NO. 6:12-CV-859-LED |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Charge Lion LLC ("Plaintiff") and Defendants STMicroelectronics

N.V., STMicroelectronics, Inc. ("STM"), and ST-Ericsson Inc. ("ST-Ericsson") and

Counterclaim-Plaintiffs STM and ST-Ericsson announced to the Court that they have settled

Plaintiff's claims for relief against all Defendants and Defendants STM and ST-Ericsson's

counterclaims for relief against Plaintiff asserted in this case.   Plaintiff and Defendants have

therefore requested that the Court dismiss Plaintiff's claims for relief against all Defendants and

STM and ST-Ericsson's counterclaims for relief against Plaintiff, with prejudice and with all

attorneys' fees, costs of court, and expenses taxed against the party incurring same.   The Court,

having considered this request, is of the opinion that their request for dismissal should be

granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against all Defendants

and Defendants STM and ST-Ericsson's counterclaims for relief against Plaintiff are dismissed

with prejudice.   IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and

expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 15th day of May, 2013.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**